UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DIRECTV, Inc., a California corporation, )
)
    Plaintiff, )
)
v. ) Case No. 1-03-1275-T
RANDALL BRASFIELD, )
)
    Defendant. )
)

## AGREED ORDER OF COMPROMISE AND DISMISSAL
## AS TO DEFENDANT RANDALL BRASFIELD

It appearing to the court that the parties have settled all matters in controversy existing between them it is therefore accordingly ORDERED, ADJUDGED AND DECREED by the court that:

The Complaint of the Plaintiff, DIRECTV, Inc. is hereby dismissed with prejudice as to Defendant RANDALL BRASFIELD.

Judge
18 April 2005

Respectfully Submitted,

Robert R. Carl (#017911)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
2200 Riverview Tower
900 South Gay Street
Post Office Box 1792
Knoxville, Tennessee 37901
(865) 549-7000

*Attorneys for DIRECTV, Inc.*

Barry Tidwell /w permission
Barry Tidwell, (020544).
530 Church Street
Suite 502
Nashville, Tennessee 37219

*Attorney for Randall Brasfield*

K RRC 173822 v1
2815281-000333  03/30/2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-20-05

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| DIRECTV, Inc., a California corporation, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1-03-1275-T |
| RANDALL BRASFIELD, | ) |
| Defendant. | ) |

## AGREED ORDER OF COMPROMISE AND DISMISSAL
## AS TO DEFENDANT RANDALL BRASFIELD

It appearing to the court that the parties have settled all matters in controversy existing between them it is therefore accordingly ORDERED, ADJUDGED AND DECREED by the court that:

The Complaint of the Plaintiff, DIRECTV, Inc. is hereby dismissed with prejudice as to Defendant RANDALL BRASFIELD.

_____
Judge

Respectfully Submitted,

_____
Robert R. Carl (#017911)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
2200 Riverview Tower
900 South Gay Street
Post Office Box 1792
Knoxville, Tennessee 37901
(865) 549-7000

*Attorneys for DIRECTV, Inc.*

_____
Barry Tidwell, (020544).
530 Church Street
Suite 502
Nashville, Tennessee 37219

*Attorney for Randall Brasfield*

K RRC 173822 v1
2815281-000333 03/30/2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:03-CV-01275 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Barry R. Tidwell
TIDWELL CARTEE, P.C.
530 Church St.
Ste. 202
Nashville, TN 37219

Robert R. Carl
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT